UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PIONEER FUNDING GROUP III, LLC, a New York domestic limited liability company; and PIONEER FUNDING GROUP IV, LLC, a New York domestic limited liability company,<br><br>Appellants,<br>v.<br><br>ROYAL ESSEX LLC; ROYAL UNION PROPERTIES LLC; MARLON STEELE, JR.; FURTHER SOUTH LLC; JERI COPPA-KNUDSON; GEORGE F. HOLMAN; MARTHA JANE HOLMAN,<br><br>Appellees. | Case No. 3:24-cv-00440-MMD<br><br>Reassignment Order |
| *In re*<br><br>ESSEX REAL ESTATE PARTNERS, LLC,<br>Debtor. | Case No. BK-S-19-51486-gs<br><br>Chapter 11 |
| PIONEER FUNDING GROUP III, LLC, a New York domestic limited liability company; PIONEER FUNDING GROUP IV, LLC, a New York domestic limited liability company; and FURTHER SOUTH, LLC, a Nevada domestic limited-liability company.<br><br>Plaintiffs,<br>v.<br><br>ESSEX REAL ESTATE PARTNERS, LLC, a Nevada Domestic limited liability company; *et al.*,<br><br>Defendants.<br><br>KIRKLAND DEVELOPMENT ASSOCIATES, LLC, a Nevada limited liability company; TWO MUSKETEERS TRUST, DATED DECEMBER 21, 2005,<br><br>Intervening Plaintiffs. | |

| | | |
|---|---|---|
| 1 | PIONEER FUNDING GROUP III, LLC; *et al.*, | Case No. 3:24-cv-00470-ART |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | ESSEX REAL ESTATE PARTNERS, LLC; *et al.*, | |
| 5 | Defendants. | |
| 6 | PIONEER FUNDING GROUP III, LLC; *et al.*, | Case No. 3:24-cv-00471-MMD |
| 7 | Plaintiffs, v. | |
| 8 | ESSEX REAL ESTATE PARTNERS, LLC; *et al.*, | |
| 9 | Defendants. | |
| 10 | PIONEER FUNDING GROUP III, LLC; *et al.*, | Case No. 3:24-cv-00472-ART |
| 11 | Plaintiffs, v. | |
| 12 | ESSEX REAL ESTATE PARTNERS, LLC; *et al.*, | |
| 13 | Defendants. | |
| 14 | PIONEER FUNDING GROUP III, LLC; *et al.*, | Case No. 3:24-cv-00473-MMD |
| 15 | Plaintiffs, v. | |
| 16 | ESSEX REAL ESTATE PARTNERS, LLC; *et al.*, | |
| 17 | Defendants. | |

18   The presiding district judges have reviewed the cases named in the caption and
19 determined that they are related. Further, the presiding judges have agreed that there is
20 good cause to reassign them to one district judge under LR 42-1. Reassignment will
21 promote judicial efficiency and not result in prejudice to the parties.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

It is therefore ordered that Case Nos. 3:24-cv-00470-ART and 3:24-cv-00472-ART are reassigned to Judge Miranda M. Du. The Clerk of Court is directed to update Case Nos. 3:24-cv-00470-ART and 3:24-cv-00472-ART to appear as Case Nos. 3:24-cv-00470-MMD and 3:24-cv-00472-MMD.

DATED THIS 30th Day of October 2024.

|  |  |
|---|---|
| ANNE R. TRAUM<br>UNITED STATES DISTRICT JUDGE | MIRANDA M. DU<br>UNITED STATES DISTRICT JUDGE |