1
2
3          UNITED STATES DISTRICT COURT
4                DISTRICT OF NEVADA
5                     * * *

6   PIONEER FUNDING GROUP III, LLC, a
    New York domestic limited liability              Case No. 3:24-cv-00440-MMD
7   company; and PIONEER FUNDING
    GROUP IV, LLC, a New York domestic               Reassignment Order
8   limited liability company,

9                              Appellants,
                    v.
10
    ROYAL ESSEX LLC; ROYAL UNION
11  PROPERTIES LLC; MARLON STEELE,
    JR.; FURTHER SOUTH LLC; JERI
12  COPPA-KNUDSON; GEORGE F.
    HOLMAN; MARTHA JANE HOLMAN,
13
                               Appellees.
14  *In re*                                          Case No. BK-S-19-51486-gs

15  ESSEX REAL ESTATE PARTNERS,
    LLC,                                             Chapter 11
16                                Debtor.

17  PIONEER FUNDING GROUP III, LLC, a
    New York domestic limited liability
    company;
18  PIONEER FUNDING GROUP IV, LLC, a
    New York domestic limited liability
19  company; and FURTHER SOUTH, LLC, a
    Nevada domestic limited-liability
20  company.
                               Plaintiffs,
21                  v.

22  ESSEX REAL ESTATE PARTNERS,
    LLC, a Nevada Domestic limited liability
23  company; *et al.*,

24
                              Defendants.
25
    KIRKLAND DEVELOPMENT
26  ASSOCIATES, LLC, a Nevada limited
    liability company; TWO MUSKETEERS
27  TRUST, DATED DECEMBER 21, 2005,

28                   Intervening Plaintiffs.

| | |
|---|---|
| 1 | PIONEER FUNDING GROUP III, LLC; *et al.*, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | ESSEX REAL ESTATE PARTNERS, LLC; *et al.*, |
| 5 | Defendants. |

Case No. 3:25-cv-00063-ART

The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to reassign 3:25-cv-00063-ART to Judge Miranda M. Du under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case No. 3:25-cv-00063-ART is reassigned to Judge Miranda M. Du. The Clerk of Court is directed to update Case No. 3:25-cv-00063-ART to appear as Case No. 3:25-cv-00063-MMD.

DATED THIS 11th Day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE