UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PIONEER FUNDING GROUP III, LLC, a New York domestic limited liability company; and PIONEER FUNDING GROUP IV, LLC, a New York domestic limited liability company,<br><br>　　　　　　　　　　Appellants,<br>　　v.<br><br>ROYAL ESSEX LLC; ROYAL UNION PROPERTIES LLC; MARLON STEELE, JR.; FURTHER SOUTH LLC; JERI COPPA-KNUDSON; GEORGE F. HOLMAN; MARTHA JANE HOLMAN,<br><br>　　　　　　　　　　Appellees. | Case No. 3:24-cv-00440-MMD<br><br>CONSOLIDATION ORDER |
| PIONEER FUNDING GROUP III, LLC; *et al.*,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ESSEX REAL ESTATE PARTNERS, LLC; *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00182-MMD |

The Court has further reviewed these cases under LR 42-1(b). In the notice of related cases (ECF No. 3), the counsel who filed Case No. 3:25-cv-00182-MMD stated he felt consolidation into Case No. 3:24-cv-00440-MMD would be appropriate (*id.* at 3). The Court agrees and will accordingly consolidate this most recently filed case under Case No. 3:24-cv-00440-MMD pursuant to LR 42-1(b).

It is therefore ordered that Case No. 3:25-cv-00182-MMD is consolidated into Case No. 3:24-cv-00440-MMD. The Clerk of Court is further directed to file a copy of this order in both above captioned cases, close Case No. 3:25-cv-00182-MMD, and otherwise appropriately note this consolidation on the docket.

///

It is further ordered that all future filings in these consolidated cases must be captioned Case No. 3:24-cv-00440-MMD.

DATED THIS 11th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE