**3:24-cv-00440-MMD**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**RENO**

| | |
|---|---|
| In re<br><br>Essex Real Estate Partners, LLC,<br><br>Debtor.<br><br>Pioneer Funding Group III, LLC, *et al.*,<br><br>Appellants,<br><br>v.<br><br>Royal Essex, LLC, *et al.*,<br><br>Appellees. | On Appeal from<br>the United States Bankruptcy Court<br>for the District of Nevada<br><br>Bankruptcy Court Case No.:<br>3:19-bk-51486-gs<br>Chapter 11<br><br>Bankruptcy Court Adv. Proc. No:<br>3:21-ap-5041-gs<br><br>Judge: Hon. Miranda M. Du<br>Location: 400 S. Virginia Street<br>Reno, Nevada 89501 |

**ORDER APPROVING STIPULATION**

**TO EXTEND BRIEFING SCHEDULE**

BRETT A. AXELROD, ESQ. (NV Bar No. 5859)
baxelrod@foxrothschild.com
REX D. GARNER, ESQ. (NV Bar No. 9401)
rgarner@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

*Counsel for Appellants, Pioneer Funding Group III, LLC and Pioneer Funding Group IV, LLC*

170642312.1

Whereas, the Court having reviewed the Stipulation to Extend Briefing Schedule seeking to extend the briefing deadlines set forth in the Briefing Order for thirty (30) days; and other good cause appearing therefor,

**HEREBY ORDERS** as follows:

The briefing deadlines are hereby extended as follows:

1. Opening briefs shall be due on May 21, 2025;

2. Answering briefs shall be due on July 21, 2025; and

3. Reply briefs shall be due on August 20, 2025.

DATED: April 15, 2025

_____
Hon. Miranda M. Du
United States District Judge

**APPROVED AS TO FORM:**

                                                   **FOX ROTHSCHILD LLP**

Dated: April 14, 2025          By: _/s/Brett A. Axelrod_
                                                   BRETT A. AXELROD, ESQ.
                                                   Nevada Bar No. 5859
                                                   REX D. GARNER, ESQ.
                                                   Nevada Bar No. 9401
                                                   1980 Festival Plaza Drive, Suite 700
                                                   Las Vegas, Nevada 89135
                                                   *Counsel for Pioneer Funding Group III,*
                                                   *LLC and Pioneer Funding Group IV, LLC*

170642312.1

| | |
|---|---|
| Dated: April 14, 2025 | **DARBY LAW PRACTICE, LTD.**<br><br>By: <u>*/s/Kevin Darby*</u><br>　　KEVIN A. DARBY, ESQ.<br>　　Nevada Bar No. 7670<br>　　TRICIA M. DARBY, ESQ.<br>　　Nevada Bar No. 7956<br>　　499 W. Plumb Lane, Suite 202<br>　　Reno, NV 89509<br>*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC* |
| Dated: April 14, 2025 | **ESTES LAW, P.C.**<br><br>By: <u>/s/ *Holly Estes*</u><br>　　HOLLY E. ESTES, ESQ.<br>　　Nevada Bar No. 11797<br>　　605 Forest Street<br>　　Reno, NV 89509<br>*Counsel for Further South, LLC* |
| Dated: April 14, 2025 | **GREENBERG TRAURIG, LLP**<br><br>By: <u>*/s/Jason Hicks*</u><br>　　MARK E. FERRARIO, ESQ.<br>　　Nevada Bar No. 1625 J<br>　　JASON K. HICKS, ESQ.<br>　　Nevada Bar No. 13149<br>　　10845 Griffith Peak Drive, Suite 600<br>　　Las Vegas, NV 89135<br>*Counsel for George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust* |

170642312.1

3

Dated: April 14, 2025                    **MICHAEL LEHNERS, ESQ.**

By: */s/ Michael Lehners*
     MICHAEL LEHNERS, ESQ.
     Nevada Bar No. 3331
     429 Marsh Ave.
     Reno, NV 89509
*Counsel for Chapter 7 Trustee,*
*Jerri Coppa-Knudson*

3

170642312.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that, consistent with *United States District Judge Miranda M. Du's Civil Standing Order No. 1*, I have not served a courtesy copy to chambers, but will do so promptly upon request of the Court.


Dated: April 14, 2025                     /s/Brett A. Axelrod
                                          Brett A. Axelrod

170642312.1