**3:24-cv-00440-MMD**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**RENO**

---

| | |
|---|---|
| In re<br><br>Essex Real Estate Partners, LLC,<br><br>Debtor.<br>Pioneer Funding Group III, LLC, *et al.*,<br><br>Appellants,<br>v.<br><br>Royal Essex, LLC, *et al.*,<br><br>Appellees. | On Appeal from<br>the United States Bankruptcy Court<br>for the District of Nevada<br><br>Bankruptcy Court Case No.:<br>3:19-bk-51486-gs<br>Chapter 11<br><br>Bankruptcy Court Adv. Proc. No:<br>3:21-ap-5041-gs<br><br>Judge:   Hon. Miranda M. Du<br>Location: 400 S. Virginia Street<br>Reno, Nevada 89501 |

---

## ORDER APPROVING SECOND STIPULATION
## TO EXTEND BRIEFING SCHEDULE

BRETT A. AXELROD, ESQ. (NV Bar No. 5859)
baxelrod@foxrothschild.com
REX D. GARNER, ESQ. (NV Bar No. 9401)
rgarner@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

*Counsel for Appellants, Pioneer Funding Group III, LLC and Pioneer Funding Group IV, LLC*

171563929.1

Whereas, the Court having reviewed the Second Stipulation to Extend Briefing Schedule seeking to extend the briefing deadlines set forth in the Briefing Order for thirty (30) days; and other good cause appearing therefor,

**HEREBY ORDERS** as follows:

The briefing deadlines are hereby extended as follows:

1. Opening briefs shall be due on June 23, 2025;

2. Answering briefs shall be due on August 22, 2025; and

3. Reply briefs shall be due on September 22, 2025.

DATED this 15th day of May 2025.

_____
Hon. Miranda M. Du
United States District Judge

**APPROVED AS TO FORM:**

                                           **FOX ROTHSCHILD LLP**

Dated:  May 15, 2025          By:   /s/Brett A. Axelrod
                                          BRETT A. AXELROD, ESQ.
                                          Nevada Bar No. 5859
                                          REX D. GARNER, ESQ.
                                          Nevada Bar No. 9401
                                          1980 Festival Plaza Drive, Suite 700
                                          Las Vegas, Nevada 89135
                                          *Counsel for Pioneer Funding Group III,*
                                          *LLC and Pioneer Funding Group IV, LLC*

Dated: May 15, 2025      **DARBY LAW PRACTICE, LTD.**

By: /s/*Kevin Darby*
    KEVIN A. DARBY, ESQ.
    Nevada Bar No. 7670
    TRICIA M. DARBY, ESQ.
    Nevada Bar No. 7956
    499 W. Plumb Lane, Suite 202
    Reno, NV 89509
*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Dated: May 15, 2025      **ESTES LAW, P.C.**

By: /s/ *Holly Estes*
    HOLLY E. ESTES, ESQ.
    Nevada Bar No. 11797
    605 Forest Street
    Reno, NV 89509
*Counsel for Further South, LLC*

Dated: May 15, 2025      **GREENBERG TRAURIG, LLP**

By: /s/*Jason Hicks*
    MARK E. FERRARIO, ESQ.
    Nevada Bar No. 1625 J
    JASON K. HICKS, ESQ.
    Nevada Bar No. 13149
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135
*Counsel for George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust*

171563929.1

3

Dated: May 15, 2025  **MICHAEL LEHNERS, ESQ.**

By: */s/ Michael Lehners*
MICHAEL LEHNERS, ESQ.
Nevada Bar No. 3331
429 Marsh Ave.
Reno, NV 89509
*Counsel for Chapter 7 Trustee,*
*Jerri Coppa-Knudson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that, consistent with *United States District Judge Miranda M. Du's Civil Standing Order No. 1*, I have not served a courtesy copy to chambers, but will do so promptly upon request of the Court.

Dated: May 15, 2025                               */s/Brett A. Axelrod*
                                                              Brett A. Axelrod

171563929.1