**3:24-cv-00440-MMD**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## RENO

| | |
|---|---|
| In re | On Appeal from the United States Bankruptcy Court for the District of Nevada |
| Essex Real Estate Partners, LLC, | |
| Debtor. | Bankruptcy Court Case No.: 3:19-bk-51486-gs Chapter 11 |
| Pioneer Funding Group III, LLC, *et al.*, | |
| Appellants, | |
| v. | Bankruptcy Court Adv. Proc. No: 3:21-ap-5041-gs |
| Royal Essex, LLC, *et al.*, | |
| Appellees. | Judge:    Hon. Miranda M. Du Location:  400 S. Virginia Street Reno, Nevada 89501 |

## ORDER APPROVING THIRD STIPULATION

## TO EXTEND BRIEFING SCHEDULE

KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89509
Telephone: 775-322-1237
Facsimile: 775-996-7290
Email: kevin@darbylawpractice.com

*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Whereas, the Court having reviewed the Third Stipulation to Extend Briefing

Schedule seeking to extend the briefing deadlines set forth in the Briefing Order for

forty-five (45) days; and other good cause appearing therefor,

**HEREBY ORDERS** as follows:

The briefing deadlines are hereby extended as follows:

1. Opening briefs shall be due on August 7, 2025;

2. Answering briefs shall be due on September 8, 2025; and

3. Reply briefs shall be due on October 8, 2025.

DATED the 17th day of June, 2025.

_____
       Hon. Miranda M. Du
       United States District Judge

**APPROVED AS TO FORM:**

                      **FOX ROTHSCHILD LLP**

Dated: June 16, 2025        By:   */s/ Brett A. Axelrod*
                       BRETT A. AXELROD, ESQ.
                       Nevada Bar No. 5859
                       REX D. GARNER, ESQ.
                       Nevada Bar No. 9401
                       1980 Festival Plaza Drive, Suite 700
                       Las Vegas, Nevada 89135
                       *Counsel for Pioneer Funding Group III,*
                       *LLC and Pioneer Funding Group IV, LLC*

Dated: June 16, 2025          **DARBY LAW PRACTICE, LTD.**

                              By:   */s/Kevin Darby*
                                   KEVIN A. DARBY, ESQ.
                                   Nevada Bar No. 7670
                                   TRICIA M. DARBY, ESQ.
                                   Nevada Bar No. 7956
                                   499 W. Plumb Lane, Suite 202
                                   Reno, NV 89509
                              *Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*


Dated: June 16, 2025          **ESTES LAW, P.C.**

                              By:   */s/ Holly E. Estes*
                                   HOLLY E. ESTES, ESQ.
                                   Nevada Bar No. 11797
                                   605 Forest Street
                                   Reno, NV 89509
                              *Counsel for Further South, LLC*


Dated: June 16, 2025          **GREENBERG TRAURIG, LLP**

                              By:   */s/ Jason K. Hicks*
                                   MARK E. FERRARIO, ESQ.
                                   Nevada Bar No. 1625 J
                                   JASON K. HICKS, ESQ.
                                   Nevada Bar No. 13149
                                   10845 Griffith Peak Drive, Suite 600
                                   Las Vegas, NV 89135
                              *Counsel for George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust*

3

4

Dated: June 16, 2025                          **MICHAEL LEHNERS, ESQ.**

By:      */s/ Michael Lehners*
            MICHAEL LEHNERS, ESQ.
            Nevada Bar No. 3331
            429 Marsh Ave.
            Reno, NV 89509
            *Counsel for Chapter 7 Trustee,*
            *Jerri Coppa-Knudson*

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that, consistent with *United States District Judge Miranda M. Du's Civil Standing Order No. 1*, I have not served a courtesy copy to chambers, but will do so promptly upon request of the Court.

Dated: June 16, 2025                    */s/ Kevin A. Darby*
                                                      Kevin A. Darby