**3:24-cv-00440-MMD**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**RENO**

---

| | |
|---|---|
| In re | On Appeal from the United States Bankruptcy Court for the District of Nevada |
| Essex Real Estate Partners, LLC, | |
| Debtor. | |
| Pioneer Funding Group III, LLC, *et al.*, | Bankruptcy Court Case No.: 3:19-bk-51486-gs Chapter 11 |
| Appellants, | |
| v. | Bankruptcy Court Adv. Proc. No: 3:21-ap-5041-gs |
| Royal Essex, LLC, *et al.*, | |
| Appellees. | Judge:     Hon. Miranda M. Du Location: 400 S. Virginia Street Reno, Nevada 89501 |

---

# ORDER APPROVING FOURTH STIPULATION
# TO EXTEND BRIEFING SCHEDULE

KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89509
Telephone: 775-322-1237
Facsimile: 775-996-7290
Email: kevin@darbylawpractice.com

*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Whereas, the Court having reviewed the Third Stipulation to Extend Briefing Schedule seeking to extend the briefing deadlines set forth in the Briefing Order for forty-five (45) days; and other good cause appearing therefor,

**HEREBY ORDERS** as follows:

The briefing deadlines are hereby extended as follows:

1. Opening briefs shall be due on September 22, 2025;

2. Answering briefs shall be due on October 21, 2025; and

3. Reply briefs shall be due on November 20, 2025.

DATED the 5th day of August, 2025.

                                        Hon. Miranda M. Du
                                    United States District Judge

**APPROVED AS TO FORM:**

                                        **FOX ROTHSCHILD LLP**

Dated: August 5, 2025        By: _/s/ Brett A. Axelrod_
                                            BRETT A. AXELROD, ESQ.
                                            Nevada Bar No. 5859
                                            REX D. GARNER, ESQ.
                                            Nevada Bar No. 9401
                                            1980 Festival Plaza Drive, Suite 700
                                            Las Vegas, Nevada 89135
                                            *Counsel for Pioneer Funding Group III,*
                                            *LLC and Pioneer Funding Group IV, LLC*

Dated: August 5, 2025               **DARBY LAW PRACTICE, LTD.**

                                              By: ___*/s/Kevin Darby*_____
                                                     KEVIN A. DARBY, ESQ.
                                                     Nevada Bar No. 7670
                                                     TRICIA M. DARBY, ESQ.
                                                     Nevada Bar No. 7956
                                                     499 W. Plumb Lane, Suite 202
                                                     Reno, NV 89509
*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Dated: August 5, 2025               **ESTES LAW, P.C.**

                                              By: ___*/s/ Holly E. Estes*_____
                                                     HOLLY E. ESTES, ESQ.
                                                     Nevada Bar No. 11797
                                                     605 Forest Street
                                                     Reno, NV 89509
*Counsel for Further South, LLC*

Dated: August 5, 2025               **GREENBERG TRAURIG, LLP**

                                              By: ___*/s/ Jason K. Hicks*_____
                                                     MARK E. FERRARIO, ESQ.
                                                     Nevada Bar No. 1625 J
                                                     JASON K. HICKS, ESQ.
                                                     Nevada Bar No. 13149
                                                     10845 Griffith Peak Drive, Suite 600
                                                     Las Vegas, NV 89135
*Counsel for George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust*

4

Dated: August 5, 2025  **MICHAEL LEHNERS, ESQ.**

By: ___*/s/ Michael Lehners*___
MICHAEL LEHNERS, ESQ.
Nevada Bar No. 3331
429 Marsh Ave.
Reno, NV 89509
*Counsel for Chapter 7 Trustee,*
*Jerri Coppa-Knudson*