3:24-cv-00440-MMD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# RENO

| | |
|---|---|
| In re<br><br>Essex Real Estate Partners, LLC,<br><br>Debtor. | On Appeal from<br>the United States Bankruptcy Court<br>for the District of Nevada |
| Pioneer Funding Group III, LLC, *et al.*, | Bankruptcy Court Case No.:<br>3:19-bk-51486-gs<br>Chapter 11 |
| Appellants,<br>v.<br>Royal Essex, LLC, *et al.*, | Bankruptcy Court Adv. Proc. No:<br>3:21-ap-5041-gs |
| Appellees. | Judge:     Hon. Miranda M. Du<br>Location: 400 S. Virginia Street<br>              Reno, Nevada 89501 |

## ORDER APPROVING FIFTH STIPULATION
## TO EXTEND BRIEFING SCHEDULE

KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89509
Telephone: 775-322-1237
Facsimile: 775-996-7290
Email: kevin@darbylawpractice.com

*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Whereas, the Court having reviewed the Third Stipulation to Extend Briefing Schedule seeking to extend the briefing deadlines set forth in the Briefing Order for forty-five (45) days; and other good cause appearing therefor,

**HEREBY ORDERS** as follows:

The briefing deadlines are hereby extended as follows:

1. Opening briefs shall be due on October 10, 2025;
2. Answering briefs shall be due on November 10, 2025; and
3. Reply briefs shall be due on December 10, 2025.

DATED this 17th day of September, 2025.

_____
Hon. Miranda M. Du
United States District Judge

**APPROVED AS TO FORM:**

| | |
|---|---|
| | **FOX ROTHSCHILD LLP** |
| Dated: September 16, 2025 | By: /s/ Brett A. Axelrod |
| | BRETT A. AXELROD, ESQ. |
| | Nevada Bar No. 5859 |
| | REX D. GARNER, ESQ. |
| | Nevada Bar No. 9401 |
| | 1980 Festival Plaza Drive, Suite 700 |
| | Las Vegas, Nevada 89135 |
| | *Counsel for Pioneer Funding Group III, LLC and Pioneer Funding Group IV, LLC* |

Dated: September 16, 2025  **DARBY LAW PRACTICE, LTD.**

By: ___/s/Kevin Darby_____
    KEVIN A. DARBY, ESQ.
    Nevada Bar No. 7670
    TRICIA M. DARBY, ESQ.
    Nevada Bar No. 7956
    499 W. Plumb Lane, Suite 202
    Reno, NV 89509
*Counsel for Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC*

Dated: September 16, 2025  **ESTES LAW, P.C.**

By: ___/s/ Holly E. Estes_____
    HOLLY E. ESTES, ESQ.
    Nevada Bar No. 11797
    605 Forest Street
    Reno, NV 89509
*Counsel for Further South, LLC*

Dated: September 16, 2025  **GREENBERG TRAURIG, LLP**

By: ___/s/ Jason K. Hicks_____
    MARK E. FERRARIO, ESQ.
    Nevada Bar No. 1625 J
    JASON K. HICKS, ESQ.
    Nevada Bar No. 13149
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135
*Counsel for George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust*

4

Dated: September 16, 2025 **MICHAEL LEHNERS, ESQ.**

By:   */s/ Michael Lehners*
    MICHAEL LEHNERS, ESQ.
    Nevada Bar No. 3331
    429 Marsh Ave.
    Reno, NV 89509
*Counsel for Chapter 7 Trustee,
Jerri Coppa-Knudson*