1  HOLLY E. ESTES, ESQ.
   Nevada Bar No. 11797
2  ESTES LAW, P.C.
   605 Forest Street
3  Reno, Nevada  89509
   Telephone (775) 321-1333
4  Facsimile (775) 321-1314
   *Email: hestes@esteslawpc.com*
5  Attorney for Further South, LLC fka
   Furthest South, LLC fka Kitchicumee, LLC
6
7                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
8                          —ooOoo—

9  In Re:                                    Lead District Ct. Case No.
                                             3:24-cv-00440-MMD
10
                                             Consolidated District Ct. Case Nos.
11 ESSEX  REAL  ESTATE  PARTNERS,            3:24-cv-00471-MMD
   LLC,                                      3:24-cv-00472-ART
12                                           3:24-cv-00470-ART
                                             3:24-cv-00473-MMD
13          Debtor.
                                             Bk Case No. 19-51486-GS
14
                                             Chapter 11
15 _____/
                                             Adv. Pro. No.  21-05041-GS
16 PIONEER FUNDING GROUP III, LLC,
   a New York Domestic Limited Liability    Appeal Ref. No. 24-26
17 Company; PIONEER FUNDING GROUP
   IV, LLC, a New York Domestic Limited
18 Liability Company; FURTHER SOUTH,
   LLC, a Nevada Domestic Limited Liability
19 Company,
                                             **ORDER APPROVING
20          Plaintiff,                       STIPULATION TO STAY APPEAL
                                             BRIEFING SCHEDULE PENDING
21 vs.                                       COURT'S ORDER ON MOTIONS
                                             TO DISMISS**
22 ESSEX  REAL  ESTATE  PARTNERS,
   LLC, a Nevada Domestic Limited Liability
23 Company, *et. al.*

24          Defendants.
   _____/
25 KIRKLAND    DEVELOPMENT
   ASSOCIATES, LLC, a Nevada Limited
26 Liability Company,

27          Intervening Plaintiff,

28 _____/

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada  89509
(775) 321-1333

1    Whereas, the Court having reviewed the Stipulation To Stay Appeal Briefing

2  Schedule Pending Court's Order on Motions To Dismiss, and for good cause appearing,

3    IT IS HEREBY ORDERED that the Appeal briefing schedule shall be stayed

4  pending the Court's rulings on *Pioneer Funding Group III, LLC and Pioneer Funding*

5  *Group IV, LLC* (together "Pioneer's") Motion: (A) To Dismiss Appeal For Lack of

6  Jurisdiction; and (B) For Award of Sanctions [DE 45], and Further South, LLC's Motion

7  to Dismiss Appeal for Lack of Jurisdiction and Request to Stay Appeal Briefing Schedule

8  Pending Court's Order on Motion to Dismiss [DE 47].

9

10    IT IS SO ORDERED

11  DATED this 12th day of November, 2025.

12

13    _____

14    Miranda M. Du, U.S. DISTRICT JUDGE

15

16  **Submitted by:**                    **ESTES LAW, P.C.**

17  Dated: November 10, 2025              By: */s/ Holly E. Estes*

18                                        HOLLY E. ESTES, ESQ.
                                          Nevada Bar No. 11797
19                                        605 Forest Street
                                          Reno, NV 89509
20                                        *Counsel for Further South, LLC*

21  **APPROVED AS TO FORM:**

22                                        **FOX ROTHSCHILD LLP**

23  Dated: November 10, 2025              By: */s/ Brett Axelrod*

24                                        BRETT A. AXELROD, ESQ.
                                          Nevada Bar No. 5859
25                                        REX D. GARNER, ESQ.
                                          Nevada Bar No. 9401
26                                        1980 Festival Plaza Drive, Suite 700
                                          Las Vegas, Nevada 89135
27                                        *Counsel for Pioneer Funding Group III,*
                                          *LLC and Pioneer Funding Group IV, LLC*

28

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada  89509
(775) 321-1333

F:\Estes Law Backup 041422\Furthest South\Adv\Appeal\Ord Stip Stay Appeal Brief Sch 111025.wpd

2

**DARBY LAW PRACTICE, LTD.**

Dated: November 7, 2025

By: /s/ Kevin A. Darby

KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89509
*Counsel for Royal Essex LLC, Marlon
Steele, Jr., as trustee of the Royal Union
Trust, and Royal Union Properties, LLC*

**GREENBERG TRAURIG, LLP**

Dated: November 7, 2025

By: /s/ Jason K. Hicks

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for George F. Holman and Martha
Jane Holman individually and in their
respective capacities as Trustee of the MJH
Irrevocable Trust and GFH Irrevocable
Trust*

**MICHAEL LEHNERS, ESQ.**

Dated: November 8, 2025

By: /s/ Michael Lehners

MICHAEL LEHNERS, ESQ.
Nevada Bar No. 3331
429 Marsh Ave.
Reno, NV 89509
*Counsel for Chapter 7 Trustee, Jerri Coppa-
Knudson*

**ALAN R. SMITH, ESQ.**

Dated: November 7, 2025

By: /s/ Alan R. Smith

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
2790 Wrondel way
Reno, NV 89502
*Counsel for Kirkland Development
Associates, LLC*