BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
baxelrod@foxrothschild.com
REX D. GARNER, ESQ.
Nevada Bar No. 9401
rgarner@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
*Counsel for Appellees Pioneer Funding Group III, LLC,*
*Pioneer Funding Group IV, LLC, and Two Musketeers Trust,*
*dated December 21, 2005*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ESSEX REAL ESTATE PARTNERS, LLC,<br><br>                                        Debtor. | **Case No. 3:24-cv-00440-MMD**<br><br>Bankruptcy Court Case No.:<br>3:19-bk-51486-gs<br><br>Chapter 11<br><br>Bankruptcy Court Adv. Proc. No:<br>3:21-ap-5041-gs |
| Pioneer Funding Group III, LLC; Pioneer Funding Group IV, LLC; and Two Musketeers Trust, dated December 21, 2005,<br><br>                                        Appellants,<br><br>v.<br><br>Royal Essex, LLC, et al.,<br><br>                                        Appellees. | Judge:      Hon. Miranda M. Du<br>Location:  400 S. Virginia Street<br>                   Reno, Nevada 89501<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE NO. 3:24-cv-00470-MMD** |

1

185173932.1

Appellants Pioneer Funding Group III, LLC and Pioneer Funding Group IV, LLC (together "Pioneer"), by and through their counsel of record Brett A. Axelrod, Esq. of Fox Rothschild LLP, cross-appellants Royal Essex LLC, Marlon Steele, Jr., as trustee of the Royal Union Trust, and Royal Union Properties, LLC (together "Royal") by and through their counsel of record Kevin A. Darby, Esq. of Darby Law Practice, Ltd., and appellees Further South, LLC ("Further") by and through its counsel of record Holly E. Estes, Esq. of Estes Law, P.C., Christina Lovato ("Lovato"), by and through her attorney of record Michael C. Lehners, Esq. of the Law Offices of Michael Lehners and George F. Holman and Martha Jane Holman individually and in their respective capacities as Trustee of the MJH Irrevocable Trust and GFH Irrevocable Trust (together "Holman"), by and through their counsel of record, Jason Hicks, Esq. of Greenberg Traurig, LLP, hereby stipulate and agree as follows:

## RECITALS

Whereas, on May 4, 2025, the Court granted Pioneer Funding Group's Motion to Dismiss (ECF No. [45]) and Further South, LLC's Motion to Dismiss (ECF No. [47]) and closed Cases No. 3:24-cv-471, 3:24-cv-472 and 3:24-cv-473.

Whereas the Parties have agreed to dismiss the remaining case no. 3:24-cv-470.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Case No. 3:24-cv-470 shall be dismissed with prejudice.

2. Each party to bear their own attorney's fees and costs.

**FOX ROTHSCHILD LLP**

Dated: May 7, 2026.  By:  */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Pioneer Funding Group III, LLC*
*and Pioneer Funding Group IV, LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

185173932.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Dated: May 7, 2026            **DARBY LAW PRACTICE, LTD.**

By: /s/Waived
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89509
*Counsel for Royal Essex LLC, Marlon
Steele, Jr., as trustee of the Royal Union
Trust, and Royal Union Properties, LLC*

Dated: May 7, 2026            **ESTES LAW, P.C.**

By: /s/Holly E. Estes
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
605 Forest Street
Reno, NV 89509
*Counsel for Further South, LLC*

Dated: May 7, 2026            **GREENBERG TRAURIG, LLP**

By: /s/Jason K. Hicks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625 J
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for George F. Holman and
Martha Jane Holman individually and
in their respective capacities as Trustee
of the MJH Irrevocable Trust and GFH
Irrevocable Trust*

Dated: May 7, 2026            **MICHAEL LEHNERS, ESQ.**

By: /s/Michael Lehners
MICHAEL LEHNERS, ESQ.
Nevada Bar No. 3331
429 Marsh Ave.
Reno, NV 89509
*Counsel for Chapter 7 Trustee,
Christina Lovato*

IT IS SO ORDERED

DATED this 7th day of May, 2026.

_____
Miranda M. Du, U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that, consistent with *United States District Judge Miranda M. Du's Civil Standing Order No. 1*, I have not served a courtesy copy to chambers, but will do so promptly upon request of the Court.

Dated: May 7, 2026                        /s/Brett A. Axelrod
                                          Brett A. Axelrod

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

185173932.1